**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| BOS SMBH & CO. KG | **NOTICE OF MOTION** |
| | **TO ADMIT COUNSEL** |
| Plaintiff, | **PRO HAC VICE** |
| | |
| v. | |
| | **6:12-CV- 06294** |
| MACAUTO USA, INC. and | |
| KUNSHAN MACAUTO, | |
| | |
| Defendants. | |

_____

PLEASE TAKE NOTICE that upon the annexed verified petition of Joseph G. Burgess dated October 24, 2012, and the sponsoring affidavit of Robert B. Calihan dated September 25, 2012 in support of this motion, Defendants Macauto USA, Inc. and Kunshan Macauto will move this Court at a date and time to be determined by the Court, for an Order pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and pursuant to Rule 83.1(c) of the Local Rules of the United States District Court, for the Western District of New York, admitting Joseph G. Burgess *pro hac vice* to argue or try this case in whole or in part as counsel for defendants.

PLEASE TAKE FURTHER notice that oral argument is waived unless the Court orders the motion set down for an oral hearing.

Dated: Rochester, New York
         October 24, 2012

Respectfully submitted,

/s/ Robert B. Calihan
Robert B. Calihan
CALIHAN LAW PLLC
16 West Main Street, Suite 736
Email: RCalihan@CalihanLaw.com
Phone Number: (585) 232-5291
Fax Number: (866) 533-4206

TO: Stephen G. Schwarz, Esq.
James Michael Paulino
FARACI LANGE LLP
28 East Main Street, Suite 1100
Rochester, NY   14614
sschwarz@faradci.com
jpaulino@faraci.com