**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF | VERIFIED PETITION FOR ADMISSION TO PRACTICE |
| JOSEPH G. BURGESS | 6:12-CV- 06294 |
| TO BE ADMITTED TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK | |

TO THE HONORABLE MAGISTRATE JUDGE JONATHAN W. FELDMAN OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

JOSEPH G. BURGESS, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at: 691 N. Squirrel Road, Suite 110, Auburn Hills, Michigan, 48326.

2. That petitioner attended the following educational institutions and received the following degrees: Michigan Technological University, BSCE 1980; Thomas M. Cooley Law School, JD 1988.

3. That petitioner was admitted to practice in the United States District Court of the Eastern District of Michigan on the 6th day of December, 1988, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

4. Petitioner is admitted to the following courts:   State of Michigan, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States Court of Appeals for the Federal Circuit and United States Court of Appeals for the Sixth Circuit.

5. Since such admission(s), petitioner has practiced in the following courts: State of Michigan, United States Court of Appeals for the Federal Circuit, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the Middle District of North Carolina, United States District Court for the Northern District of Ohio, United States District Court for the Northern District of California, United States District Court for the Northern District of Illinois.

6.  That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. If the answer is in the affirmative, the applicant shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7.  That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE** the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Joseph G. Burgess, Petitioner

Sworn to before me
This 24th day of October, 2012

_____
Notary Public

MARILYN J. SPRINGER
Notary Public, State of New York
No. 01SP4988487
Qualified in Monroe County
Commission Expires Nov. 12, 2013