UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

IN THE MATTER OF THE APPLICATION OF          SPONSORING AFFIDAVIT

JOSEPH G. BURGESS

TO BE ADMITTED TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF NEW YORK
_____

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF MONROE    )

ROBERT B. CALIHAN, being duly worn, deposes and says:

1. I reside at 1250 Clover Street, Rochester, New York, 14610 and maintain an office for the practice of law at: 16 West Main Street, Suite 736, Rochester, New York 14614.

2. I am an attorney at law, admitted to practice in the State of New York (member number 089752). I am also admitted to practice in a number of federal courts, including the United States District Court for the Western, Eastern, Southern and Northern Districts of New York and the United States Court of Appeals for the Second Circuit. I was admitted to practice in the United States District Court for the Western District of New York on the 29th day of December, 1998.

3. I have known the petitioner since June 2012, when we started working together on this matter.

4. I find the petitioner to be of high moral character and suitable for admission to the United States District Court for the Western District of New York.

_____
Robert B. Calihan

Sworn to before me
This 25th day of September, 2012

_____
Notary Public

MARILYN J. SPRINGER
Notary Public, State of New York
No. 01SP4988487
Qualified in Monroe County
Commission Expires Nov. 12, 2013