UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY'S OATH

STATE OF NEW YORK ) SS:
MONROE COUNTY

I, JOSEPH G. BURGESS of BURGESS LAW OFFICE, PLLC, do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Joseph G. Burgess

Subscribed and sworn to before me this 24th day of October, 2012

_____
Notary Public

MARILYN J. SPRINGER
Notary Public, State of New York
No. 01SP4988487
Qualified in Monroe County
Commission Expires Nov. 12, 2013