**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
_____

BOS SMBH & CO. KG,

                  Plaintiff,                  **ORDER FOR ADMISSION**
                                                                                                  **PRO HAC VICE**
              v.                               **ON WRITTEN MOTION**

MACAUTO USA, INC. and                                          **6:12-CV-06294**
KUNSHAN MACAUTO,


                  Defendants.
_____

      Upon the motion of Robert Calihan attorney for Macauto USA, Inc. and Kunshan Macauto, and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

                  Joseph G. Burgess
                  BURGESS LAW OFFICE, PLLC
                  691 N. Squirrel Road, Suite 110
                  P. O. Box 214320
                  Auburn Hills, MI   48321-4320
                  Phone Number: (248) 364-0200
                  Fax Number: (248) 364-9604
                  Email:   Jburgess@burgessiplaw.com

is admitted to practice pro hac vice as counsel for Macauto USA, Inc. and Kunshan Macauto in the above captioned case in the United States District Court for the Western District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.   If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
Rochester, New York:

                                                                            _____
                                                                            United States District/Magistrate Judge